## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Taryn Merkl                    DATE: 3/29/2024

DOCKET NUMBER  24 CR 128 (CBA)                   LOG #: 1:05 - 1:16

DEFENDANT'S NAME: Sergio Esteban Arciniegas Pena
✓ Present  ___ Not Present  ✓ Custody  ___ Bail  ___ appointed by the Court

DEFENSE COUNSEL: Adam Kaufmann
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A Phil Pilmar for Adam Amir               CLERK: SM Yuen

Probation: _____   (Language) Spanish: Mario Michelan

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
✓ Rule 5f Order read into the record.
___ Bail application Hearing held.    ✓ Defendant's first appearance.
  ___ Bond set at _____ Defendant ___ released ___ held pending
    satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____
___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
✓ Order of Excludable Delay/Speedy Trial entered. Start 3/29/24 Stop 4/15/24
___ Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
✓ Status conference set for 4/15/24 @ 12pm before Judge Amon

Other Rulings: _____