

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AA
F. #2023R00676

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 27, 2024

By E-mail and ECF

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Sergio Esteban Arciniegas Pena
      Criminal Docket No. 24-128 (CBA)

Dear Judge Amon:

  The government understands that the Court intends to adjourn the May 29, 2024 status conference in the above-captioned case until June 24, 2024. Accordingly, the government, with the consent of the defense, respectfully requests that the Court enter an order of excludable delay until June 24, 2024. Such an exclusion is in the interests of justice because it will facilitate plea discussions between the parties.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

        By: /s/ Adam Amir
           Adam Amir
           Assistant U.S. Attorney
           (718) 254-6116

cc: Clerk of Court (by ECF)
   Counsel of Record, Esq. (by ECF)