UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**<u>BEFORE: CAROL BAGLEY AMON, U.S.D.J.</u>**

DATED: 7/24/24              TIME: 10:00am (30mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR24-00128

DEFENDANT: Sergio Esteban Arciniegas Pena-b   ATTORNEY: David Anthony Nunez, Esq.

DEFENDANT:                                    ATTORNEY:

DEFENDANT:                                    ATTORNEY:

ASSISTANT U.S. ATTORNEY: Adam Amir

COURT REPORTER: Kristi Cruz

INTERPRETER: Mario Michelena- Spanish

PROBATION OFFICER:

PRETRIAL OFFICERS:                            DEPUTY: T. Campbell

Conference held.
The parties have reached a disposition.
The defense agrees to having the plea taken before the magistrate judge.
OED ent'd (Plea negotiations).
Change of plea before magistrate judge is set for 8/19/24 at 10:00AM.