

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AA
F. #2023R00676

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 6, 2024

<u>By E-mail and ECF</u>

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Sergio Esteban Arciniegas Pena</u>
     <u>Criminal Docket No. 24-128 (CBA)</u>

Dear Judge Amon:

   The government moves, with the consent of the defendant, to respectfully request that the Court enter an order of excludable delay between today until the date of the defendant's plea hearing, September 5, 2024.  Such an exclusion is in the interests of justice because it will facilitate completion of plea negotiations between the parties.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By: <u>  /s/ Adam Amir                    </u>
            Adam Amir
            Assistant U.S. Attorney
            (718) 254-6116

cc: Clerk of Court (by ECF)
   Counsel of Record, Esq. (by ECF)