UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -

SERGIO ARCINIEGAS PENA,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>ORDER OF JUDICIAL REMOVAL</u>

Criminal Docket No. 24 Cr. 128 (CBA)

Upon the application of the United States of America, by Adam Amir, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Sergio Arciniegas Pena (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Colombia.

3. On or about March 23, 2024, the defendant was admitted into the United States as a nonimmigrant temporary visitor for pleasure with authorization to remain in the United States for a temporary period not to exceed six months. He failed to depart the United States as required.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of the following offense: Money Laundering Conspiracy in violation of 18 U.S.C. §§ 1956(h) and 3551.

5. A total maximum sentence of 20 years' imprisonment may be imposed for the

above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to (1) Section 237(a)(1)(B) of the Immigration and Nationality Act of 1952, as amended, (the "Act"), 8 U.S.C. § 1227(a)(1)(B) as a nonimmigrant who, after admission as a nonimmigrant temporary visitor for business, remained in the United States for a time longer than permitted; and (2) Section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. § 1227(a)(2)(A)(iii) as a nonimmigrant who committed an aggravated felony money laundering offense pursuant to Section 101(a)(43)(D) of the Act.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Colombia as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated: *April 30* , 2026
Brooklyn, New York

s/Carol Bagley Amon

HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE